**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Case Number: _____

FILED BY _____ D.C.

FEB 1 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FRANKIE Lee ROGERS
(Write the full name of the plaintiff)

vs.

City of STUART Police Department,
And officer M. DAY _____

cat / div _____ 550
Cas _____
Ju _____
Moin ip _____
Receipt # _____

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

**A.** Plaintiff: FRANKIE Lee ROGERS

Address: 800 S.E. monterey ROAD STUART, Fla 34994

Inmate/Prison No.: 803212

*Year* of Birth: 1962    (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: City of STUART P.D    Defendant: M. DAY

Official Position: Chief of Police    Official Position: Officer

Place of Employment: Stuart Police Department  Place of Employment: STUART Police Department

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not inlude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) False arrest on 3/29/2019 I was head to a Job on MLK Blvd in Stuart, Florida 34994, I was Follow by officer M. Day from my place of living to MLK Blvd I stop and set on a bench on MLK Blvd, the officer and his partner I donot Know his name pass by and park down the road at a park and go out of their car start walking towards me I got up started walking back home the Officer Call my name I ask him what he want with me do you have a warrnt they or he said no then I said I donot have to talk with if you like come to my sister house I'll talk to you there I don't trust you so they started running towards me I ran to S.E Eastave and stop so people can see me the officer M. Day

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

For them to replace everything I lost in my apartment clothes, Furniture jewelry, worktools T.V. Stereo Around sound cellphone, IPad playstation(4) with 14 games, moped, bicycle, the max for False arrest, False imprisonment, compensatory Damages Emotional and mental anguish, Fear, humiliation, And lose of a Job work wages and $800.00 Bail money and I'm asking for $250,000 for Losing everything, mental Anguish, Fear, humiliation, Job and my place where I was living

## II statemen of claim

grab me a slam me against a car. I ask him Why are you chasing me if you donot have a warrant for my arrest he said shut the "F" up Im arresting you for trustpassing your sister call us Which I found out it was a lie (2) False imprisonment I was charge and book in martin county Jail on 3/29/2019 on Charges of (1) resisting without violance (1) poss. of contraband (1) poss of cannabis under 20 grams (1) poss. of cocain Which I didnot have any of these thing on me When he arrest me I was Falsey imprison From 3/29/2019 till 4/10/2019 When I posted bond with A-1A Treasure coast Bail bonds (772) 807-3421 For $800.00 (3) I host everything I owned From being imprison on these False charges All charges where drop I was left without a place to live All my possion was gone. I never got my arrest report I had to get a Friend to go on the internet to get his name the Arresting Officer.
(4) Im asking for compensation for False arrest, False imprisonment hose of All my personal property, Emotional and mental harm, Fear humiliation and mental anguish.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?      ✓ Yes       ✓ No

Signed this ___5th___ day of February , 20 20

_Frankie Rogers_____
                                        Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: February 5th 2020

_Frankie Rogers_____
                                        Signature of Plaintiff

FRANKIE NOGUERA
MARTIN COUNTY JAIL
800 S.E. MONTEREY ROAD
STUART, Florida 34994

**ATTENTION**

This Letter originated from the Martin County
Jail. Inmate mail is not censored. The Sheriff
cannot assume responsibility for its content.

Clerk's Office
United States District Court
400 North Miami Avenue 8N09
Miami, Florida 33128

US MIS INSPECTED

Legal mail

