**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-14044-ROSENBERG**

FRANKIE LEE ROGERS,

    Plaintiff,

v.

CITY OF STUART POLICE
DEPARTMENT, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon *pro se* Plaintiff's Complaint which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. On September 4, 2020, Judge Reid issued a Report and Recommendation recommending that the Complaint be dismissed. DE 31. Plaintiff has filed no objections and the time period for such objections has passed. Nonetheless, the Court has conducted a *de novo* review of Magistrate Judge Reid's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that Plaintiff's Complaint should be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 31] is hereby **ADOPTED**;
2. Plaintiff's Complaint is **DISMISSED**; and

3. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of October, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record